**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya**

| | | | |
|---|---|---|---|
| Civil Action No: | 13-cv-00669-PAB-KMT | Date: | May 13, 2013 |
| Courtroom Deputy: | Sabrina Grimm | FTR: | Courtroom C-201 |

NINA H. KAZAZIAN,                                              Pro Se

    Plaintiff,

v.

EMERGENCY SERVICE PHYSICIANS, P.C.,          Henry Solano
CHRISTINA JOHNSON,
KENNETH ROOKS,
MICHAEL J. STACKPOOL, M.D.,
ADP TOTALSOURCE, INC.,                                    Ryan P. Lessman
LAURA E. SHAPIRO,                                              Daniel Ray McCune
LAW OFFICES OF LAURA E. SHAPIRO P.C.,     Margrit Alice Lent Parker
BRIAN JEFFREY,                                                    Alan D. Avery
JEFFREY LAW OFFICE, P.C.,
STEPHEN C. HULET,                                             Paul Faraci
HULET & ASSOCIATES P.C.,
DANIEL MCCUNE,                                                Nicole Christine Salamander
KENNEDY & CHILDS, P.C., and
DOES 1-100,

    Defendants.

---

## COURTROOM MINUTES

---

**Telephonic Status Conference**

**11: 15 a.m.      Court in session.**

Court calls case. Appearances of counsel.

Court states its concern over attorney conduct.

Discussion regarding pending motions.

**ORDERED**:  **Plaintiff's Motion for Leave for Substitute Service of Process on Defendant Stackpool Through His Counsel, Henry Solano [40] is GRANTED IN PART AND DENIED IN PART.  The motion is granted insofaras Defendant Stackpool is deemed to have been properly served through his attorney.  It is denied as to the award of the attorney's fees and costs incurred in connection with the service attempts on Defendant Stackpool.**

**ORDERED:**  **Joint Motion for May 22, 2013 as the Pleading Response Date for all Defendants Other than McCune and Kennedy Childs [50] is GRANTED.  Answers or other responsive pleadings are due from all defendants who have been served are due on or before May 22, 2013.  All other dates contained in the Order Setting Scheduling Conference remain in effect.**

Discussion regarding proposed scheduling order, recording conversations with respect to Rule 26 meeting and conferral, written and verbal communications.

**ORDERED:**  **A Rule 26(f) meeting between all parties will occur on May 14, 2013 at 10:00 a.m.**

**ORDERED:**  **Mr. Lessman will provide a definitive answer to Ms. Kazazian with respect to her request for continuation of COBRA benefits paperwork by May 15, 2013.**

Court states that any other issues should be raised by motion.

Court states its practice regarding discovery disputes.

**12:17   a.m.    Court in recess.**

Hearing concluded.
Total in-court time    01:02

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.